**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1095**

———————

In Re:  WAYNE PORTER,

        Petitioner.

———————

On Petition for Writ of Mandamus.
(3:85-cr-00062-RLV-1)

———————

Submitted:  October 3, 2014      Decided:  October 9, 2014

———————

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Wayne Porter, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Porter petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his Rule 35 motion and his motion for adjudication. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied these motions on August 26, 2014. Accordingly, because the district court has recently decided Porter's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED